**Luis Gerardo ABREGO–DELGADO, Petitioner,**

v.

**John ASHCROFT, U.S. Attorney General, Respondent.**

No. 02–61053
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Jan. 28, 2004.

Luis Gerardo Abrego–Delgado, pro se, San Benito, TX, for Petitioner.

Ernesto Horacio Molina, Jr., David V. Bernal, Thomas Ward Hussey, Director,

John Ashcroft, pro se, Washington, DC, Luis Garcia, El Paso, TX, Caryl G Thompson, New Orleans, LA, for Respondent.

Before HIGGINBOTHAM, DAVIS, and PRADO, Circuit Judges.

PER CURIAM.*

Luis Gerardo Abrego–Delgado has filed a petition for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen his removal proceedings. Because Abrego departed the United States after the issuance of the deportation order, and because he has failed to show that his deportation order was a gross miscarriage of justice, we lack jurisdiction and the petition must be denied. *See* 8 U.S.C. § 1105a(c) (1994); 8 C.F.R. § 3.2(d) (2003); *Navarro–Miranda v. Ashcroft*, 330 F.3d 672, 676 (5th Cir.2003); *Lara v. Trominski*, 216 F.3d 487, 492 (5th Cir.2000).

DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.